# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>    Plaintiff,<br><br>vs.<br><br>SVAP III PLAZA MEXICO, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:23-cv-3745-SPG-BFM<br><br>**ORDER** |

The parties having stipulated to a dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), requesting the Court retain jurisdiction to enforce a Settlement Agreement executed between them on March 14, 2024, which the parties state resolves all matters raised herein this civil action, and good cause appearing therefore, it is hereby

**ORDERED**

This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

The Court hereby incorporates by reference the Settlement Agreement executed between them on March 14, 2024, and allows the parties to move for enforcement of the agreement through June 30, 2027.

Neither party shall be deemed a prevailing party herein based upon this Dismissal, and each shall party bear its own costs or fees.

**SO ORDERED**.
DATED: March 19, 2024

_____
UNITED STATES DISCTRICT JUDGE